**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

UNITED STATES OF AMERICA                    §

    VS                                                          §        CRIMINAL NO. **L-05-2627**

**JESUS CHAVEZ**                                         §

## O R D E R

BE IT REMEMBERED on this ___3RD___ day of ___MARCH___, 2006 , the Court

reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the

United States Magistrate Judge filed **JANUARY 18, 2006**, wherein the defendant waived appearance before

this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony

guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate judge recommends

that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant to the Report

and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and

is hereby adopted.

SIGNED this the __3RD__ day of ___MARCH___, 2006.

George P. Kazen
United States District Judge